IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:06CR00140 JLH | |
| REGINALD DAVID SMITH | | DEFENDANT |

**ORDER**

A hearing on the government's Motion to Revoke Supervised Release is hereby scheduled to begin on **FRIDAY, AUGUST 2, 2013, at 9:30 A.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why the supervised release previously imposed should not be revoked. Document #45.

IT IS SO ORDERED this 23rd day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE