IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                              NO. 4:06CR00140-01 JLH

REGINALD DAVID SMITH                                                  DEFENDANT

## ORDER

Pending before the Court is the government's motion to dismiss the petition to revoke in this matter. Document #59. The motion is GRANTED, and the superseding motion to revoke is hereby dismissed. Document #53. The hearing previously scheduled for Friday, September 27, 2013, is cancelled.

IT IS SO ORDERED this 23rd day of September, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE